**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02431-REB-BNB

CARIBE SERVICIOS DE INFORMACION DOMINICANA, S.A.,

    Plaintiff,

v.

BERRY AGENCY LLC,

    Defendant.

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#27],[1] filed December 19, 2013; and (2) **Defendant Berry Agency LLC's Objections to Recommendation of United States Magistrate Judge** [#33], filed January 2, 2014.  I overrule the objections, adopt the recommendation, and deny the apposite motion to dismiss.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed. Thus, I have considered carefully the recommendation, objections, and applicable caselaw.  The recommendation is detailed and well-reasoned.  I concur with the magistrate judge's conclusion that the plain meaning of the disputed contract provision seems to supports plaintiff's claim, or

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

alternatively, that the provision is, at a minimum, ambiguous.  *See Test Services, Inc. v. Princeton Review, Inc.*, 2005 WL 3211594 at * 5 (D. Colo. Nov. 29, 2005) ("[I]f the contract is found to be ambiguous, a motion for summary judgment – much less a motion to dismiss – on a breach of contract claim is improper.") (citation and internal quotation marks omitted).  I thus find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#27], filed December 19, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the objections stated in **Defendant Berry Agency LLC's Objections to Recommendation of United States Magistrate Judge** [#33], filed January 2, 2014, are **OVERRULED**; and

3. That **Defendant's Motion To Dismiss** [#12], filed October 15, 2013, is **DENIED**.

Dated February 10, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge