**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02431-REB-BNB

CARIBE SERVICIOS DE INFORMACION DOMINICANA, S.A.,

    Plaintiff,

v.

BERRY AGENCY LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on the **Stipulation of Dismissal With Prejudice** [#48][1] filed May 12, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#48] filed May 12, 2014, is **APPROVED**;

    2. That the combined Final Pretrial Conference and Trial Preparation Conference set November 14, 2014, are **VACATED**;

    3. That the jury trial set to commence December 1, 2014, is **VACATED**; and

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 12, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge
